# United States District Court
# Eastern District of Michigan



*Summons in a Civil Action and Return of Service Form*

**...ALD ROSEN**

**04-73369**

Case Number and Judge Assignment (to be supplied by the Court)

**Plaintiff(s) Name**

Co/op Optical Vision Designs, assumed name for Cooperative Optical Services, Inc.

vs

**Defendant(s) Name**

Local 84932, United Optical Workers of Detroit, Michigan, affiliated with the International Union of Electrical Workers-Communication Workers of America, AFL-CIO

**Plaintiffs attorney, address and telephone:**

William S. Stern (P27396)
24750 Lahserr Road
Southfield, MI 48034
248-353-9400

**Name and address of defendant being served:**

Local 84932, United Optical Workers of Detroit, Michigan
30507 Krauter Street #A-6
Garden City, MI 48135

FILED SEP 16 P1:19

*To the defendant*

This summons is notification that YOU ARE BEING SUED by the above named plaintiff(s).

1. You are required to serve upon the plaintiff's attorney, name and address above, an answer to the complaint within ___20___ days after receiving this summons, or take other actions that are permitted by the Federal Rules of Civil Procedure.

2. You must file the original and one copy of your answer within the time limits specified above with the Clerk of Court.

3. Failure to answer or take other action permitted by the Federal Rules of Civil Procedure may result in the issuance of a judgment by default against you for the relief demanded in the complaint.

**David J. Weaver**
**Clerk of the Court**

By: _____
Deputy Clerk

**AUG 3 0 2004**

_____
Date of issuance

INT-0131-MIE-REV. 12/93 06/99

PAGE 1 OF 2

# RETURN OF SERVICE

A copy of the summons and complaint has been served upon the defendant in the manner indicated below:

Name of Defendant served: _Thomas J. Marunich_

Date of service: _9/15/04  11:04 A.M._

**Method of Service**

☑ Personally served at this address: _30507 Krauter A-1_
_Garden City, Michigan 48135_

☐ Left copies at the defendant's usual place of abode with (name of person): _____

At this address: _____

☑ Other (please specify): _AND BY MAIL TO 30507 KRAUTER A-1 GARDEN CITY, MI 48135 on 9/13/04_

Service fees:   Travel $ _____   Service $ _____   Total $ _50—_

_I declare under the penalty of perjury that the information contained in this Return of Service is true._

_9/15/04_
Date

Signature of server: _Eric J. Monier_
Server's printed name: _Eric J. Monier_
Server's address: _24750 Lahser Southfield, Mich 48034_