STATE OF MICHIGAN
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CO/OP OPTICAL VISION DESIGNS,
assumed name for COOPERATIVE
OPTICAL SERVICES, INC.,
a Michigan corporation,

        Plaintiff,

vs.

NO. 04-73369
HON. GERALD E. ROSEN

LOCAL 84932, UNITED OPTICAL WORKERS,
of Detroit, Michigan, affiliated with the
INTERNATIONAL UNION OF ELECTRICAL
WORKERS-COMMUNICATION WORKERS
OF AMERICA, AFL-CIO,

        Defendants.

_____/

## ORDER ALLOWING DISMISSAL WITH PREJUDICE AND WITHOUT COSTS

At a session of said Court held on

SEP 27 2004

PRESENT: HONORABLE   GERALD E. ROSEN
                                           U.S. DISTRICT JUDGE

Upon the Court being informed that this matter has been resolved without further litigation and that the Plaintiff consents to dismissal of the above matter with prejudice and without costs;

      IT IS HEREBY ORDERED that the above matter be dismissed with prejudice and without costs.

                                                       U.S. DISTRICT JUDGE

FILED SEP 27 2004 CLERK'S OFFICE DETROIT

RECEIVED SEP 23 2004 CLERK'S OFFICE U.S. DISTRICT COURT

STATE OF MICHIGAN
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CO/OP OPTICAL VISION DESIGNS,
assumed name for COOPERATIVE
OPTICAL SERVICES, INC.,
a Michigan corporation,

        Plaintiff,

vs.

LOCAL 84932, UNITED OPTICAL WORKERS,
of Detroit, Michigan, affiliated with the
INTERNATIONAL UNION OF ELECTRICAL
WORKERS-COMMUNICATION WORKERS
OF AMERICA, AFL-CIO,

        Defendants.
_____/

WILLIAM S. STERN (P27396)
Attorney for Plaintiff
24750 Lahser
Southfield, MI  48034
(248) 353-9400
_____/

NO. 04-73369
HON. GERALD E. ROSEN



## CONSENT FOR DISMISSAL

Now comes the Plaintiff, by and through its attorney, WILLIAM S. STERN, who hereby informs this Court that this matter has been resolved by the parties without further litigation, and therefore the Plaintiff consents to dismissal of this matter with prejudice and without costs.

BY: _____
WILLIAM S. STERN (P27396)
Attorney for Plaintiff
24750 Lahser
Southfield, MI  48034
(248) 353-9400

Dated: 9/22/04.